■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LITTLE, Appellant. [748 NYS2d 133] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered May 24, 2000, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

Defendant's suppression motion was properly denied. The police officers acted properly in stopping defendant's vehicle for a traffic violation related to a cracked windshield. Any ad-

ditional motives for the stop are irrelevant (*see People v Robinson*, 97 NY2d 341). There is no basis upon which to disturb the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761). Concur— Tom, J.P., Andrias, Saxe, Buckley and Lerner, JJ.